THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, *v.* PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, et al., Appellants.

*Railroads — public service commission without authority to direct railroad to furnish freight connection with barge canal.*

*People ex rel. N. Y. Central R. R. Co. v. Public Service Commission,* 198 App. Div. 436, affirmed.

(Argued January 11, 1922; decided January 31, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1921, which vacated, on certiorari, a determination of the public service commission and held that said commission was without authority to compel the relator to furnish freight connections and interchange with the Barge canal. The court held that the proceeding should have been taken before the interstate commerce commission.

*Charles D. Newton,* Attorney-General (*Edward G. Griffin* of counsel), for appellants.

*Maurice C. Spratt* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.